IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**COREAN MICHELLE WORTHY**                                                          **PLAINTIFF**

v.                                           No. 5:13CV00112 JLH–BD

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                   **DEFENDANT**

## ORDER

A Recommended Disposition ("Recommendation") by Magistrate Judge Beth Deere has been filed, and the parties have not objected. The Recommendation should be, and hereby is, approved and adopted in all respects.

Corean Michelle Worthy's request for relief (docket entry #2) is DENIED, and the Commissioner's decision is AFFIRMED.

IT IS SO ORDERED this 27th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE