IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**COREAN MICHELLE WORTHY**                                                                                   **PLAINTIFF**

v.                                        No. 5:13CV00112 JLH–BD

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                       **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED.  Judgment is entered in favor of the Commissioner.

So ordered on this 27th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE